# United States District Court
## Northern District of Texas
*Lubbock Division*

UNITED STATES OF AMERICA

V.

CHARLES RANDELL GREER

CASE NUMBER: 5:94-CR-073-C

MAG. CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him/her, forthwith, before the United States District Court to answer charges that he/she violated the conditions of his/her probation/supervised release imposed by the Court.

NAME OF PROBATIONER/SUPERVISED RELEASEE:

CHARLES RANDELL GREER

ADDRESS (STREET, CITY, STATE):

| PROBATION/SUPERVISED RELEASE IMPOSED BY (NAME OF COURT): | DATE IMPOSED |
|---|---|
| HON. SAM R. CUMMINGS, U.S. DISTRICT JUDGE, TEXAS/NORTHERN, LUBBOCK | DECEMBER 19, 1996 |

TO BE BROUGHT BEFORE (JUDGE, NAME OF COURT, CITY, STATE):

HON. NANCY M. KOENIG, U.S. MAGISTRATE JUDGE, LUBBOCK, TEXAS

| Karen Mitchell, U.S. District Court Clerk | K. Weinheimer (By) Deputy Clerk | JULY 19, 2010 Date |
|---|---|---|

## RETURN

Warrant received and executed.

Date Received: 07/20/10
Date Executed: 07/21/10

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2010 JUL 23 PM 1:50

DEPUTY CLERK CBA

Executing Agency (Name and Address): US Marshals Service, Lubbock, TX

Name: Bobby Rains USM   (By) [signature]   Date: 07/21/10