**10-10929**



Activity in Case 5:94-cr-00073-C-BG USA v. Greer Notice of Appeal
ecf_txnd
to:
Courtmail
09/03/2010 10:05 AM
Show Details

SEP 3 2010

Lubbock

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements

**U.S. District Court**

**Northern District of Texas**

RECEIVED
SEP 27 2010
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

11:53 am

### Notice of Electronic Filing

The following transaction was entered on 9/3/2010 at 10:05 AM CDT and filed on 9/2/2010
**Case Name:**      USA v. Greer
**Case Number:**    5:94-cr-00073-C-BG
**Filer:**          Dft No. 1 - Charles Randell Greer
**Document Number:** 186

**Docket Text:**
**NOTICE OF APPEAL to the Fifth Circuit as to [185] Judgment Revoking Probation/Supervised Release,,,,,,,,,, by Charles Randell Greer. T.O. form to appellant electronically at Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. (klw)**

**5:94-cr-00073-C-BG-1 Notice has been electronically mailed to:**

Denise Bridges Williams-DOJ denise.williams@usdoj.gov, Cynthia.Hood@usdoj.gov, jan.angelley@usdoj.gov, roxann.reddy@usdoj.gov, usatxn.ecfcriminal@usdoj.gov

Mike Brown lwrbrown@nts-online.net

**If you are no longer an active participant in this case and you want electronic noticing to be turned off so that you will stop receiving filing notices, click here, then click on "Ask a Question." 5:94-cr-00073-C-BG-1 Notice required by federal rule will be delivered by other means (as detailed in the Clerk's records for orders/judgments) to:**